UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LEA FAMILY PARTNERSHIP, Ltd., a
Florida Limited Partnership, on behalf
of itself and others similarly situated,

    Plaintiff,

v.                                                      Case No.: 8:16-cv-3463-T-30AAS

CITY OF TEMPLE TERRACE, FLORIDA,
et al.,

    Defendant.
_____/

## ORDER

The parties appeared before the undersigned today for a follow-up hearing on Plaintiff Lea Family Partnership, Ltd.'s ("LFP") motion to compel production of certain data and documents requested in numbers 2 and 3 of its Second Request for Production. (Doc. 55). As stated on the record at today's hearing, LFP's Motion to Compel Full Production of Documents and Data Housed in Defendant's Superion/Navaline Electronic System (Doc. 55) is **GRANTED IN PART AND DENIED IN PART** as follows:

    (1)    LFP's Motion to Compel Production as to Request No. 2 is denied as moot.

    (2)    LFP's Motion to Compel Production as to Request No. 3 is granted in part. Request No. 3 is narrowed to include only those records related to the City of Temple Terrace's rental housing program. The agreed format for the electronic production is .csv. In addition, the City of Temple Terrace shall produce screenshots of all data housed in Superion/Navaline for the 435 S. Riverhills Drive address. Otherwise, the motion is denied.

**ORDERED** in Tampa, Florida on this 20th day of April, 2018.

_____
AMANDA ARNOLD SANSONE
United States Magistrate Judge